**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. | No. C 11-2750 SI (pr) |
| RICKARD ANDERSON, | **JUDGMENT** |
|     Plaintiff. | |
| _____ / | |

This action is dismissed because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2011

_____
SUSAN ILLSTON
United States District Judge